IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MR. TIARIKE HODGES,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | |
| MR. ROBERT SHANNON, et al.,<br>Respondents. | : | NO. 07-5036 |

**ORDER**

AND NOW, this 28th day of January, 2009, upon consideration of the petition for a writ of habeas corpus and Petitioner's memorandum of law, Respondents' answer, Petitioner's traverse, Petitioner's motion to expand the record and/or to stay proceedings, the state court record, and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. Petitioner's motion to stay proceedings (Doc. No. 7) is **DENIED**;

3. The petition for a writ of habeas corpus is **DENIED**;

4. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right or demonstrated that a reasonable jurist would debate the correctness of the procedural aspects of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

5. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

GENE E.K. PRATTER, J.